**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **JOSE GARCIA VALDIVIA and MARGARET M. GARCIA,** ) ) ) | |
| **Plaintiffs,** ) ) | **Case No. 3:18-cv-0084** |
| v. ) ) | |
| **REAL LEGACY ASSURANCE COMPANY, INC.,** ) ) | |
| **Defendant.** ) ) | |

## ORDER

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 36.) After careful consideration and review it is hereby

**ORDERED** that the Stipulation of Dismissal, (ECF No. 36), is **ACKNOWLEDGED**; it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter for ninety (90) days from date of entry of this Order.

**Date:** October 25, 2021                         /s/ *Robert A. Molloy*
                                                                    **ROBERT A. MOLLOY**
                                                                    **Chief Judge**